UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:17-065 |
| | ) | |
| JENNIFER ALBRIGHT | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**F. Adam Nelson**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT F. Adam Nelson** be granted leave of absence for the following periods: **March 27, 2018 through April 6, 2018.**

This 20th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA